UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JACKIE HAILE, | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| v. | ) | NO. 3:14-cv-01811 |
| | ) | JUDGE CRENSHAW |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| DEFENDANT. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 23), to dismiss this case for failure to prosecute, to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the entire record. The Report and Recommendation is **ADOPTED** and **APPROVED**.

Accordingly, the complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute the action.

Any other pending Motions are **DENIED AS MOOT**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE